UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP ADAMS, | ) | 1:10-cv-01325-AWI-JLT HC |
| | ) | |
| Petitioner, | ) | ORDER DISREGARDING MOTION FOR |
| | ) | REMOVAL OF CASE NUMBER  (Doc. 6) |
| v. | ) | |
| | ) | |
| KEN CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
|  | ) | |

**PROCEDURAL HISTORY**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   The instant federal petition for writ of habeas corpus was filed on July 20, 2010.  On August 17, 2010, the Court issued an Order to Show Cause why the petition should not be dismissed for violating the one-year limitation period contained in 28 U.S.C. § 2244(d)(1).  (Doc. 5).  That Order to Show Cause gave Petitioner thirty days within which to file a response, which is now due on or before September 20, 2010.

On August 19, 2010, Petitioner filed the instant motion to remove the designation of case number BH006252 in lieu of the Court's own case number designation, i.e., 1:10-cv-01325-AWI-JLT.  (Doc. 6).  Petitioner alleges that he made an error in using that case number and he requests the Court "to please remove from the records the added case No [sic] that is on the titled box."  (Id., p. 2).

1

1   The case number 1:10-cv-01325-AWI-JLT was assigned by this Court at the time the petition
2   was originally filed on July 23, 2010.  At the time of filing of the petition, Petitioner could not
3   possibly have known what case number would be assigned to the petition by the Court.  The fact that
4   Petitioner included some additional, irrelevant case number in the heading of the original petition is
5   of no consequence and requires no action by this Court.  For future reference, the Court uses *only* the
6   assigned case number, i.e., 1:10-cv-01325-AWI-JLT, to identify all docket filings and case activity in
7   these proceedings.  Petitioner should alsways use that same designation for any documents he wishes
8   to file.
9       Accordingly, the Court HEREBY ORDERS that Petitioner's motion to remove the case
10  number (Doc. 6), is DISREGARDED.

12  IT IS SO ORDERED.
13  Dated:   **September 15, 2010**                    **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE